IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: MS-1-01-035 |
| CHRISTOPHER J. WALSH, | ) JUDGE DLOTT |
| SSN: 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 | ) MAGISTRATE JUDGE BLACK |
| Defendant, | ) |
| and | ) |
| StaffMe.Net. LLC | ) |
| Garnishee. | ) |

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: 7/28/04

Timothy S. Black
UNITED STATES MAGISTRATE JUDGE