**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **Plaintiff** ) | |
| ) | **CASE NO: MS-1-01-035** |
| vs. ) | |
| ) | |
| **CHRISTOPHER J. WALSH,** ) | **JUDGE DLOTT** |
| ) | |
| **SSN: XXX-XX-6296** ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **StaffMe.Net. LLC** ) | |
| ) | |
| **Garnishee.** ) | |

**CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
AND ON GARNISHEE**

This is to certify under penalty of perjury that on September10, 2004, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Christopher J. Walsh, 8054 Mill Creek Circle, West Chester, OH 45069.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on

September 14, 2004.

I further certify under penalty of perjury that on September 10, 2004, the following documents were mailed, by certified mail, return receipt requested to Garnishee, StaffMe.Net. LLC, Attn: Human Resources, 448 N. Cedar Bluff Road, Knoxville, TN 37923-3612.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto is a copy of the Return of Service document evidencing service return to the U.S. Attorney on September 17, 2004.

    Respectfully submitted,

    GREGORY G. LOCKHART
    United States Attorney

    s/Deborah F. Sanders
    DEBORAH F. SANDERS (0043575)
    Assistant United States Attorney
    Attorney for Plaintiff
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215
    (614) 469-5715
    Fax: (614) 469-5240
    Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\wash, christopher cert.wpd