## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christopher J. Walsh
   8054 Mill Creek Circle
   West Chester, OH 45069

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Tammy Walsh
B. Date of Delivery: 9/14/04
C. Signature: X Tammy Walsh
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7003 3110 0005 0228 0090

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**

RECEIVED
SEP 21 2004
US ATTORNEY SD/OH
F.L.U.

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   StaffMe.Net. LLC
   Attn: Human Resources
   448 N. Cedar Bluff Road
   Suite 315
   Knoxville, TN 37923-3612

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Lee Strange
B. Date of Delivery:
C. Signature: X Lee Strange
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7003 3110 0005 0228 0101

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952