**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

AH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO: MS-1-01-035 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER J. WALSH, | ) | JUDGE DLOTT |
| | ) | |
| SSN: 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 | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| StaffMe.Net. LLC | ) | |
| | ) | |
| Garnishee. | ) | |

**ANSWER OF THE GARNISHEE**

_Terri L. Gingrich_ , BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A.     That he/she is the _____Owner_____ (state official title, relationship, etc.) of

Garnishee, StaffMe.Net. LLC.

B.     On _Sept. 16th_ , 2004, Garnishee was served with the Writ of Continuing

Garnishment.  As of this date of service Garnishee has custody, control or possession of

earnings because the Debtor is or was in my/our employ. __✓__ Yes _____ No.  (If the

answer is yes, complete items 1 and 2 below):

1.     Debtor's pay period is _____ weekly, _____ bi-weekly, __✓__ semi-monthly,
_____ monthly. Enter the date the present pay period began. _9/16/04_ ("Present"
means the pay period in which this order and notice of garnishment were served)
Enter the date the above pay period ends. _9/30/04_

2. The amount of the Debtor's net wages are:
   a) Gross Pay                                    2,521.92    Local: 48.94
   b) Federal Income Tax                             190.00    Medicare: 35.48
   c) F.I.C.A. Income Tax                            151.71
   d) State Income Tax                               97.02
   e) Total of tax withholdings                     523.15
   f) Net Wages ( total is (a) less total of (e))   1,998.77 *

   *See attached "Pay stub Detail" for other adjustments.

C.   Have there been, or are there currently, other garnishments in effect?  (Including, but not limited to, child support and alimony.)  __✓__ Yes _____ No.

   If the answer is yes, describe below.

   Child Support garnishment in the amount of $364.65 taken out each semi-monthly pay check.

D.   In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No  (If the answer is yes, describe below)

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | _____ | _____ | _____ |
| 2. | _____ | _____ | _____ |
| 3. | _____ | _____ | _____ |
| 4. | _____ | _____ | _____ |

E.   Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ __∅__ | _____ |
| 2. | $ _____ | _____ |
| 3. | $ _____ | _____ |
| 4. | $ _____ | _____ |

F.   Complete items 1 through 3 below, if applicable:

1.   The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _N/A_____

   _____

   _____

2.   The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _N/A_____

   _____

   _____

3.   The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _N/A_____

   _____

   _____

G.   The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail

to:

   (1) Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

   (2) the Debtor:
   Christopher J. Walsh
   8054 Mill Creek Circle
   West Chester, OH 45069

   (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

_Terri L. Gingrich_____
Garnishee

Subscribe and sworn to before me this __16th__ day of __Sept.__, 2004.

_____
Notary Public

My Commission expires: _7-3-2007_

DEBRA M. ELDER
NOTARY
PUBLIC
AT
LARGE
KNOX COUNTY, TN

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

> Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH  45202

**and a copy of this Answer to:**

> Deborah F. Sanders
> Assistant United States Attorney
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio  43215-2401

**and a copy of this Answer to the Defendant:**

> Christopher J. Walsh
> 8054 Mill Creek Circle
> West Chester, OH  45069

# Paystub Detail

StaffMe.Net, LLC
448 N. Cedar Bluff Rd.
Suite 315
Knoxville, TN 37923

Check Date: 9/22/2004

Check No.: 22041

Pay Period: 09/01/2004 - 09/15/2004

| Personal Information | Description | Qty | Rate | Current | YTD |
|---|---|---|---|---|---|
| | **Earnings and Hours** | | | | |
| | Hourly Pay | 80.00 | 28.84 | 2,307.20 | 41,719.58 |
| | Hourly Pay Holiday | 8.00 | 26.84 | 214.72 | 1,469.44 |
| Christopher J. Walsh | Hourly Pay Vacati... | | | | 1,404.00 |
| 8054 Mill Creek Circle | Total | | | 2,521.92 | 44,593.02 |
| West Chester, OH 45069 | | | | | |
| | | | | | |
| 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 | | | | | |
| | **Deductions from gross** | | | | |
| | 125-Medical-Family | | -60.00 | -60.00 | -300.00 |
| | 125-Dental-Family | | -15.00 | -15.00 | -75.00 |
| Direct Deposit | 125-Health Insura... | | | | -975.00 |
| | Total | | | -75.00 | -1,350.00 |

**Taxable Company Contributions**

| Description | Current | YTD |
|---|---|---|
| **Taxes** | | |
| OH - Norwood City Tax @ 2.... | -48.94 | -864.86 |
| Federal Withholding Tax | -190.00 | -3,306.00 |
| Social Security Employee Tax | -151.71 | -2,681.07 |
| Medicare Employee Tax | -35.48 | -627.02 |
| OH - State Withholding Tax | -97.02 | -1,701.00 |
| Total | -523.15 | -9,179.95 |

**Adjustments to Net Pay**

| Description | Current | YTD |
|---|---|---|
| Child Support Garnishment | -364.65 | -4,011.15 |
| Deposit to #821257219 | -1,559.12 | |
| Total | -1,923.77 | -4,011.15 |

**Summary**

| | Current | YTD |
|---|---|---|
| Earnings | 2,521.92 | 44,593.02 |
| Deductions from gross | -75.00 | -1,350.00 |
| Taxes | -523.15 | -9,179.95 |
| Adjustments | -1,923.77 | -4,011.15 |
| NET PAY | 0.00 | 30,051.92 |

| | Status | Allowances | Extra |
|---|---|---|---|
| Federal | Married | 5 | |
| OH | Withhold | 5 | |

| | Used | Available |
|---|---|---|
| Vacation | 46.00 | 23.05 |



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*303 Marconi Boulevard, Suite 200*          *(614) 469-5715*
*Columbus, Ohio  43215-2401*          *FAX (614) 469-5240*

September 10, 2004

**BY CERTIFIED MAIL**

StaffMe.Net. LLC
Attn: Human Resources/Payroll
448 N. Cedar Bluff Road
Suite 315
Knoxville, TN  37923-3612

      RE:    **UNITED STATES vs. Christopher J. Walsh**
              **CASE NO:  MS-1-01-035**

Dear Sir/Madam:

      The attached Writ of Continuing Garnishment and supporting documents are served on you pursuant to Sections 3202 and 3205 of the Federal Debt Collection and Procedures Act (FDCPA).

      Please read the enclosed ***INSTRUCTIONS TO THE GARNISHEE*** carefully.  It explains the manner in which you are required to comply with provisions of the Federal Debt Collection Procedures Act with respect to this garnishment proceeding.   The Instructions also contain information regarding liabilities which may be imposed upon you if you should fail to comply with the requirements of the law.  Pursuant to the ***Instruction to the Garnishee***, payments should be withheld and retained by Garnishee until the Garnishment Order is signed by the Court and then payments should be made payable to the Department of Justice.

      Thank you for your cooperation in this matter.  If you have any questions concerning the enclosed pleadings and documents, or the garnishment proceeding to which they relate, please contact the undersigned at your earliest convenience.

                                Sincerely yours,

                                GREGORY G. LOCKHART
                                United States Attorney

                                Cloteal Turner
                                Legal Technician
                                Financial Litigation Unit

Enclosures
cc: Christopher J. Walsh

TO:   StaffMe.Net. LLC
      Attn: Human Resources/Payroll
      448 N. Cedar Bluff Road
      Suite 315
      Knoxville, TN  37923-3612

### INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Continuing Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the debtor listed herein, or any other property of the debtor. **You are required by law to serve a written answer to this Writ within ten (10) days of your receipt of this Writ.** You must file the original answer with the Court issuing this Writ and serve a copy to Christopher J. Walsh, Defendant, and Deborah F. Sanders, Counsel for the United States. You are further required to withhold and retain any property in which the debtor has a substantial non-exempt interest until the Garnishment Order is signed by this Court and you are instructed regarding payments. A list of exemptions which are not subject to the Writ of Continuing Garnishment is attached to the Clerk's Notice, entitled Claim for Exemption Form.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NON-EXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR REASONABLE ATTORNEY FEES TO THE UNITED STATES OF AMERICA IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

If you have additional questions, please call the United States Attorney's Office, Financial Litigation Unit at (614) 469-5715 or write to:

      Deborah F. Sanders
      Assistant United States Attorney
      Southern District of Ohio
      303 Marconi Boulevard, Suite 200
      Columbus, Ohio  43215-2401

## IMPORTANT STATEMENT

This wage garnishment directs the withholdings of up to 25 percent of the judgment debtor's disposable income. In certain cases, however, federal law does not permit the withholding of that much of the debtor's disposable income. The judgment debtor is referred to the 15 United States Code §1671 et. Seq.

I.      Limitations on the amount that can be withheld:

A.      If judgment debtor's weekly disposable earnings are less than thirty (30) times the current federal minimum wage ($5.15 per hour), or $154.50, no deduction can be made under this wage garnishment.

B.      If deductions are being made from a judgment debtor's gross income under any orders for alimony, support maintenance for family members or former spouses, and those deductions equal or exceed twenty-five percent (25%) of the judgment debtor's disposable earnings, no deductions can be made under this wage garnishment.

C.      If deductions are being made from a judgment debtor's gross income under any orders for alimony, support or maintenance for family members or former spouses, and those deductions are less than twenty-five percent (25%) of the judgment debtor's disposable earnings, deductions may be made under the wage garnishment. However, the amount arrived at by adding the deductions made under this execution to the deduction made under any orders for alimony, support or maintenance for family members or former spouses cannot exceed twenty-five (25%) of the judgment debtor's disposable earnings.

**NOTE:**      Nothing in this wage garnishment limits the proportion or amount which may be deducted under any order for alimony, support or maintenance for family members or former spouses.

II.      Explanation of limitations

Definitions

Disposable Earnings - Disposable earnings are that part of an individual's earnings left after deducting those amounts that are required by law to be withheld (for example, taxes, social security and unemployment insurance, but not deductions for union dues, insurance plans, etc.).

Gross Income - Gross income is salary, wages or other income including any and all overtime earnings, commissions and income trusts, before any deductions are made from such income.