**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) CASE NO:  MS-1-01-035 |
| vs. | ) |
| | ) |
| **CHRISTOPHER J. WALSH,** | ) JUDGE DLOTT |
| | )  MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-6296 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| **StaffMe.Net. LLC** | ) |
| | ) |
| Garnishee. | ) |

**PLAINTIFF'S MOTION TO QUASH THE**
**WRIT OF CONTINUING GARNISHMENT**

Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment filed on July 28, 2004 in the above captioned case. Plaintiff has received notification from the Garnishee indicating that the Garnishee is no manner under liability to the Defendant Christopher J. Walsh (Exhibit A). The Defendant no longer is employed by the Garnishee. Therefore, it is respectfully requested that the July 28, 2004 Writ of Continuing Garnishment against the property of Christopher J. Walsh be quashed.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio  43215-2401
(614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was filed electronically with the Clerks of the Court using the CM/ECF system and mailed to Christopher J. Walsh, Defendant, 8054 Mill Creek Circle, West Chester 45069, by first class mail, postage prepaid, this 16th day of November, 2004.

s/Deborah F. Sanders<br>
DEBORAH F. SANDERS (0043575)<br>
Assistant United States Attorney

N:\_ECF Workload\DSanders\walsh, chris quash.wpd