# StaffMe.Net

November 9, 2004

U.S. Department of Justice
United States Attorney
Attn: Cloteal Turner
Southern District of Ohio
303 Marconi Blvd.
Suite 200
Columbus, OH  43215-2401

RECEIVED
NOV 12 2004
US ATTORNEY SD/OH
F.L.U.

RE:  U.S.A. Vs. Christopher J. Walsh
     Garnishment Action
     SSN: 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

Dear Ms. Turner:

Per our phone conversation on November 9, 2004, Christopher J. Walsh is no longer employed with StaffMe.Net, LLC as of September 30, 2004.

Please let me know if you need additional information.

Thank you,

*Terri L. Gingrich*

Terri L. Gingrich, Owner
StaffMe.Net, LLC



GOVERNMENT
EXHIBIT
A

---

448 N. Cedar Bluff Road ☺ Suite 315 ☺ Knoxville, TN  37923-3612
Phone: (865) 769-2224 ☺ Fax: (865) 769-8018 ☺ eMail: info@StaffMe.Net