IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) CASE NO: MS-1-01-035 |
| vs. | )<br>) |
| CHRISTOPHER J. WALSH, | ) JUDGE DLOTT<br>) MAGISTRATE JUDGE BLACK |
| SSN: XXX-XX-6296 | ) |
| Defendant, | )<br>) |
| and | )<br>) |
| StaffMe.Net. LLC | )<br>) |
| Garnishee. | ) |

**ORDER QUASHING THE
WRIT OF CONTINUING GARNISHMENT**

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment and pursuant to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the July 28, 2004 Writ of Continuing Garnishment against the property of Christopher J. Walsh be quashed.

Date: 11/17/04

_____
Timothy S. Black
UNITED STATES MAGISTRATE JUDGE