UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:01MC0035 |
| Plaintiff, | : | |
| v. | : | Magistrate Judge Black |
| CHRISTOPHER J. WALSH, | : | **ORDER QUASHING WARRANT** |
| Defendant. | : | |

- - - - - - - - - - - - - -

The defendant having presented himself for judgment debtor examination, the bench warrant previously issued (Doc. 19) is VACATED.

IT IS SO ORDERED.

Date: 6/23/05

TIMOTHY S. BLACK
United States Magistrate Judge