IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: MS-1-01-035 |
| CHRISTOPHER J. WALSH, | ) JUDGE DLOTT |
| SSN: XXX-XX-6296 | ) MAGISTRATE JUDGE BLACK |
| Defendant, | ) |
| and | ) |
| MJW Corporation | ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: 4/3/06

Timothy S. Black
UNITED STATES MAGISTRATE JUDGE