IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: MS-1-01-035 |
| CHRISTOPHER J. WALSH, | ) JUDGE DLOTT |
| SSN: XXX-XX-6296 | ) MAGISTRATE JUDGE BLACK |
| Defendant, | ) |
| and | ) |
| MJW Corporation | ) |
| Garnishee. | ) |

**Amended ANSWER OF THE GARNISHEE**

___DAVID A. DOOLEY___, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A. That (he)/she is the ___PRESIDENT___ (state official title, relationship, etc.) of Garnishee, MJW Corporation.

B. On ___April 7___, 2006, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. __X__ Yes _____ No. (If the answer is yes, complete items 1 and 2 below):

1. Debtor's pay period is _____ weekly, __X__ bi-weekly, _____ semi-monthly, _____ monthly. Enter the date the present pay period began. ___03-26-06___ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. ___04-08-06___.

2. The amount of the Debtor's net wages are:
   a) Gross Pay                                2111.89
   b) Federal Income Tax                       117.91
   c) F.I.C.A. Income Tax                      153.30
   d) State Income Tax  +LOCAL TAX             107.50
   e) Total of tax withholdings                         378.71
   f) Net Wages ( total is (a) less total of (e))       1733.18

■ Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) __X__ Yes _____ No.

If the answer is yes, describe below.

336.60 FOR CHILD SUPPORT

D. In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest.

_____ Yes __X__ No  (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

E. Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only): N/A

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

F.   Complete items 1 through 3 below, if applicable:

   1.   The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.
   NONE

   2.   The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:
   NONE

   3.   The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):
   NONE

G.   The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court
   U.S. Postoffice & Courthouse, Rm #103
   Cincinnati, OH 45202

   (2) the Debtor:
Christopher J. Walsh
5993 Furlong Way
Hamilton, OH 45011

   (3) the attorney for the United States:

Deborah F. Sanders
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215-2401

_____ (716) 631-8291
Garnishee & Telephone Number

Subscribe and sworn to before me this ___7th___ day of __April__, 2006.

_____
Notary Public
My Commission expires: __9-5-09__

JULIE S. PAUL
No. 01PA4955588
Notary Public, State of New York
Qualified in Orleans County
My Commission Expires 09/05/09