# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **Plaintiff** ) | |
| ) | **CASE NO: MS-1-01-035** |
| **vs.** ) | |
| ) | |
| **CHRISTOPHER J. WALSH,** ) | **JUDGE DLOTT** |
| ) | **MAGISTRATE JUDGE BLACK** |
| **SSN: XXX-XX-6296** ) | |
| **Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MJW Corporation** ) | |
| ) | |
| **Garnishee.** ) | |

## CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
## AND ON GARNISHEE

This is to certify under penalty of perjury that on April 5, 2006, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Christopher J. Walsh, 5993 Furlong Way, Hamilton, OH 45011.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto is a copy of the return receipt card evidencing the receipt of said mailings on

April 10, 2006.

 I further certify under penalty of perjury that on April 5, 2006, the following documents were mailed, by certified mail, return receipt requested to Garnishee, MJW Corporation, Attn: Human Resources, 4850 Smith Road, Suite 200, Norwood, OH 45212.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

 Attached hereto is a copy of the Return of Service document evidencing service on April 6, 2006.

              Respectfully submitted,

              GREGORY G. LOCKHART
              United States Attorney


              s/Deborah F. Sanders
              DEBORAH F. SANDERS (0043575)
              Assistant United States Attorney
              303 Marconi Boulevard, Suite 200
              Columbus, Ohio 43215
              (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Certificate of Service on Judgment and on Garnishee was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 14th day of April, 2006 to:

Christopher J. Walsh
5993 Furlong Way
Hamilton, OH  45011

MJW Corporation
Attn: Human Resources
4850 Smith Road, Suite 200
Norwood, OH 45212

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney