### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff | )<br>)<br>) CASE NO: MS-1-01-035 |
| vs. | )<br>) |
| CHRISTOPHER J. WALSH,<br>SSN: XXX-XX-6296<br>　　　　Defendant,<br><br>　　　　and<br><br>MJW Corporation<br><br>　　　　Garnishee. | ) JUDGE DLOTT<br>)  MAGISTRATE JUDGE BLACK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANNUAL ACCOUNTING IN GARNISHMENT

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GREGORY G. LOCKHART
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　s/Deborah F. Sanders
　　　　　　　　　　　　　　　　　　　DEBORAH F. SANDERS (0043575)
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　303 Marconi Blvd, Suite 200
　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　(614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Annual Accounting in Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 26th day of June, 2007 to:

Christopher J. Walsh
5993 Furlong Way
Hamilton, OH 45011

MJW Corporation
Attn: Human Resources
4850 Smith Road, Suite 200
Norwood, OH 45212

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney