```
RUN DATE: 19-JUN-2007                              PAYMENT HISTORY REPORT                                    Report: CZ_QRYG
                                                   FOR: 2001Z006696/001                                      PAGE: 1 OF 2

              DEBTOR: Walsh, Christopher J.
              COURT NUMBER: MS-1-01-035
              CURRENT LIABILITY BALANCE: $119,905.74

FIN   FIN   COL   REC          FORM/   REC                   DEPOSIT      CHECK    TRANS # BOP       PMNT AMT   POST
SEQ   CODE  TYPE  DATE         REC BY  FROM                  NO.          NO.      DEPOSIT NO.                  DATE
----  ----  ----  -----------  ------  ---------------       ---------    ------   ------------      --------   -----------
0023  PMNT  WI    29-JUN-2006  GR/G    MJW Corporation       OHS /06/163  15746                      $349.15    29-JUN-2006
0024  PMNT  WI    25-JUL-2006  GR/G    MJW Corporation       OHS /06/174  15847                      $349.15    25-JUL-2006
0025  PMNT  WI    25-JUL-2006  GR/G    MJW Corporation       OHS /06/174  15848                      $349.15    25-JUL-2006
0026  PMNT  WI    08-AUG-2006  GR/G    MJW Corporation       OHS /06/182  15894                      $349.15    08-AUG-2006
0027  PMNT  WI    18-AUG-2006  GR/G    MJW                   OHS /06/190  15925                      $349.15    18-AUG-2006
0028  PMNT  WI    01-SEP-2006  GR/G    MJW Corporation       OHS /06/199  15987                      $349.15    05-SEP-2006
0029  PMNT  WI    14-SEP-2006  GR/G    MJW Corporation       OHS /06/205  16044                      $349.15    14-SEP-2006
0030  PMNT  WI    02-OCT-2006  GR/G    MJW Corporation       OHS /07/001  16099                      $349.15    02-OCT-2006
0031  PMNT  WI    13-OCT-2006  GR/G    MJW Corporation       OHS /07/008  16150                      $349.15    13-OCT-2006
0032  PMNT  WI    26-OCT-2006  CH/Y    MJW Corporation       OHS /07/016  16212                      $349.15    26-OCT-2006
0033  PMNT  WI    13-NOV-2006  GR/G    MJW Corporation       OHS /07/026  16278                      $349.15    13-NOV-2006
0034  PMNT  WI    27-NOV-2006  GR/G    MJW Corporation       OHS /07/034  16353                      $349.15    28-NOV-2006
0035  PMNT  WI    11-DEC-2006  GR/G    MJW Corporation       OHS /07/041  16375                      $349.15    11-DEC-2006
0036  PMNT  WI    20-DEC-2006  GR/G    MJW Corporation       OHS /07/047  16459                      $349.15    20-DEC-2006
0037  PMNT  WI    09-JAN-2007  GR/G    MJW Corporation       OHS /07/056  16490                      $349.15    09-JAN-2007
0038  PMNT  WI    23-JAN-2007  GR/G    MJW Corporation       OHS /07/064  16531                      $349.15    23-JAN-2007
0039  PMNT  WI    05-FEB-2007  GR/G    MJW Corporation       OHS /07/074  16567                      $349.15    06-FEB-2007
0040  PMNT  WI    20-FEB-2007  GR/G    MJW Corporation       OHS /07/079  16621                      $349.15    20-FEB-2007
0041  PMNT  WI    06-MAR-2007  GR/G    MJW Corporation       OHS /07/085  16718                      $349.15    06-MAR-2007
0042  PMNT  WI    20-MAR-2007  GR/G    MJW Corporation       OHS /07/094  16780                      $349.15    20-MAR-2007
0043  PMNT  WI    30-MAR-2007  GR/G    MJW Corporation       OHS /07/101  16817                      $349.15    30-MAR-2007
0044  PMNT  WI    17-APR-2007  GR/G    MJW Corporation       OHS /07/112  16865                      $349.15    17-APR-2007
0045  PMNT  WI    26-APR-2007  GR/G    MJW Corporation       OHS /07/117  16907                      $349.15    26-APR-2007
0046  PMNT  WI    14-MAY-2007  GR/G    MJW Corporation       OHS /07/127  16945                      $349.15    14-MAY-2007
0047  PMNT  WI    25-MAY-2007  GR/G    MJW Corporation       OHS /07/135  17007                      $349.15    25-MAY-2007
0048  PMNT  WI    12-JUN-2007  GR/G    MJW Corporation       OHS /07/142  17046                      $349.15    12-JUN-2007

                                             Total Payments for Debtor:                              $9,077.90
```

GOVERNMENT EXHIBIT